# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**MARVIN DAWSON, #08960-043**                                        **PETITIONER**

**versus**                                  **CIVIL ACTION NO. 5:07-cv-84-DCB-MTP**

**CONSTANCE REESE, et al.**                                         **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

This the __13th__ day of January, 2009.

                                               __s/ David Bramlette__
                                               UNITED STATES DISTRICT JUDGE